Joe Lee, Appellant and Respondent, *v.* Henry Trefflich, Doing Business as Henry Trefflich & Co., et al., Appellants, and J. H. Bunnell & Co., Inc., Respondent.

Argued November 19, 1947; decided January 15, 1948.

*Alexander E. Rosenthal, Chauncey A. Levy, Sidney Levy* and *Bernard Breitbart* for defendants-appellants.

*Benjamin H. Siff* and *H. Lee Kanner* for plaintiff-respondent-appellant.

*John P. Carson* and *Reginald V. Spell* for defendant-respondent.

Judgment affirmed, with costs to the defendant-respondent Bunnell & Co., Inc., against the plaintiff, and with one bill of costs to plaintiff against the defendants Trefflich and Trefflich Pet Shop, Inc.; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.